IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


JANET LEIGH JORDAN BRUHL,          :

    Plaintiff,                     :

vs.                                :

                                 CIVIL ACTION 08-740-M

MICHAEL J. ASTRUE,                 :
Commissioner of
Social Security,                   :

    Defendant.                     :


JUDGMENT


    It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be

entered in favor of Plaintiff Janet Leigh Jordan Bruhl and

against Defendant Michael J. Astrue.

    DONE this 28th day of July, 2009.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE