```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

JANET L. BRUHL,                     :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :   CIVIL ACTION 08-0740-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
    Defendant.                      :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 be and is hereby **GRANTED** and that Plaintiff's counsel, Colin E. Kemmerly, be **AWARDED** an EAJA attorney's fee in the amount of $850.00.

DONE this 13th day of November, 2009.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE